IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

ANTON THURMAN MCALLISTER, )
)
Plaintiff, )
)
v. ) 1:19-CV-13
)
NOLAN TERRANCE JOHNSON, et )
al., )
)
Defendants. )

## ORDER

The Memorandum Opinion and Recommendation of the United States Magistrate Judge was filed in accordance with 28 U.S.C. § 636(b) and served on the parties. The defendants filed objections. Doc. 72. In the Recommendation, the Magistrate Judge fully addressed the arguments made by the defendants in their objections, and the Court agrees that the defendants' interpretation of *Heck v. Humphrey* is incorrect. After *de novo* review, the Court adopts the Recommendation in full.

It is **ORDERED AND ADJUDGED** that the defendants' motion for judgment on the pleadings, Doc. 58, is **DENIED**. The stay imposed by text order on February 4, 2022, is **LIFTED**, discovery may proceed, and the matter is referred to the Magistrate Judge to set a schedule for completion of discovery.

This the 3rd day of October, 2022.

_____
UNITED STATES DISTRICT JUDGE